UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                       :

CERTAIN UNDERWRITERS AT LLOYDS, LONDON, :
INDIAN HARBOR INSURANCE COMPANY, QBE :
SPECIALTY INSURANCE COMPANY, STEADFAST :
INSURANCE COMPANY, GENERAL SECURITY :
INDEMNITY COMPANY OF ARIZONA, UNITED :
SPECIALTY INSURANCE COMPANY, LEXINGTON :
INSURANCE COMPANY, HDI GLOBAL        : Civil Action No.: 1:23-CV-05096
SPECIALTY SE, OLD REPUBLIC UNION :
INSURANCE COMPANY, GEOVERA SPECIALTY :
INSURANCE COMPANY, and TRANSVERSE    : **ORDER GRANTING MOTION**
SPECIALTY INSURANCE COMPANY              : **TO ADMIT PRO HAC VICE**
                                                                    :
                Petitioners,                :
                                                                    :
V.                                                                     :
                                                                    :
DUPUY STORAGE & FORWARDING, L.L.C.    :
                                                                  :
                Respondent,                 :
                                                                  :
------------------------------------------------------------------------x

The motion of Daniel W. Ballard, Esq., for admission to practice *pro hac vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bars of the States of Connecticut, Florida, New Jersey, New York, Ohio, and the Commonwealth of Pennsylvania; and that his contact information is as follows:

    Daniel W. Ballard, Esq.
    DBallard@MerlinLawGroup.com
    Merlin Law Group, PA
    125 Half Mile Road, Suite 110
    Red Bank, NJ 07701
    Telephone (732) 704-4647
    Fascimile (732) 704-4651

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Respondent Dupuy Storage & Forwarding, L.L.C. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hav vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, included the Rules governing discipline of attorneys.

Dated: 7/25/2023

_____
Hon. Jed S. Rakoff
United States Senior District Judge

2

1036759\310427003.v1